UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

EDRICK J. DUNN,
Institutional ID No. 1896519

                    Plaintiff,

v.                                                                                    No. 5:22-CV-00191-H

JIM BOB DARNELL,

                    Defendants.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) & (iii).

Dated February 13, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge